# Third District Court of Appeal

## State of Florida

Opinion filed October 12, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1470
Lower Tribunal No. 20-4141
_____

**Carlos Montiel, et al.,**
Appellants,

vs.

**Francisco Aracena, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Dorothy G. Negrin, P.A., and Dorothy G. Negrin, for appellants.

Law Offices of Jonathan A. Heller, P.A., and Jonathan A. Heller, for appellee Above Ground Level Aerospace Corp.

Before SCALES, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.